UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __MBD 04-10147__

__US__
**PLAINTIFF**

__The Nail Sculptress__
**DEFENDANT**

_____
**COUNSEL FOR PLAINTIFF**

_____
**COUNSEL FOR DEFENDANT**

JUDGE _____   CLERK _____   REPORTER _____

### CLERK'S NOTES

DATE: 7/20/04

Hrg re Order to Show Cause
Dft agrees to turn over docs
and appear before IRS agent
Order Issues.